|    |    |
|----|----|
| 1  |    |
| 2  |    |
| 3  |    |
| 4  |    |
| 5  |    |
| 6  |    |
| 7  |    |

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ADONAI EL-SHADDAI,

      Petitioner,                      No. CIV S-06-2923 LKK EFB P

   vs.

T. FELKER, et al.,

      Respondents.                ORDER

_____/

      Petitioner, a state prisoner proceeding pro se, has filed an application for a writ of habeas corpus pursuant to 28 U.S.C. § 2254, together with a request to proceed in forma pauperis.

      Examination of the in forma pauperis affidavit reveals that petitioner is unable to afford the costs of suit. Accordingly, the request for leave to proceed in forma pauperis is granted. *See* 28 U.S.C. § 1915(a).

      Since petitioner may be entitled to the requested relief if the claimed violation of constitutional rights is proved, respondents will be directed to file an answer.

      In accordance with the above, IT IS HEREBY ORDERED that:

      1. Petitioner's request to proceed in forma pauperis is granted;

      2. Respondents are directed to file an answer within forty-five days from the date of this order. *See* Rule 4, Rules Governing Section 2254 Cases. Respondents shall include with the

1 answer any and all transcripts or other documents relevant to the determination of the issues
2 presented in the application.  Rule 5, Rules Governing Section 2254 Cases;
3     3. Petitioner's traverse, if any, is due on or before thirty days from the date respondents'
4 answer is filed; and
5     4. The Clerk of the Court shall serve a copy of this order together with a copy of
6 petitioner's application for writ of habeas corpus on Michael Patrick Farrell, Senior Assistant
7 Attorney General.
8 DATED:   January 9, 2007.

*[signature]*
EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE